**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| WALTER SIMPSON,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, NORTH CENTRAL CORRECTIONAL COMPLEX,<br><br>Respondent. | : | Case No. 3:26-cv-71<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

# ORDER

This action is before the Court on Petitioner's September 14, 2026 letter. (Doc. 19). The letter seeks confirmation that the Court received his traverse and supporting documents. (*Id*.).

As an initial matter, the Court notes that Petitioner's letter (Doc. 19) does not conform to the requirements of the Federal Rules of Civil Procedure, which apply to habeas corpus actions. *See* Fed. R. Civ. P. 7(b) (stating, in relevant part, that "[a] request for a court order must be made by motion"). *See also Woodford v. Garceau*, 538 U.S. 202, 203 (2003) (noting that "the Federal Rules of Civil Procedure apply in the habeas context"). Thus, no further action as to Petitioner's letter (Doc. 19) is required. Nevertheless, in so far as Petitioner seeks confirmation that his submissions related to his traverse were received (*see id*. at PageID 763), the **CLERK OF COURT** is **DIRECTED**, on this occasion, to send Petitioner a copy of the docket in this case.

**IT IS SO ORDERED.**

September 17, 2026

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge